Aldridge HULSEY v. STATE.
6 Div. 472.

Court of Appeals of Alabama.
June 15, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

Rubin HUMPHREYS, alias Ruben Umphreys, v. STATE.
6 Div. 194.

Court of Appeals of Alabama.
Jan. 12, 1932.

RICE, J.
Appeal dismissed.

Jack HUTCHENS, alias Hutchings, v. STATE.
6 Div. 365.

Court of Appeals of Alabama.
Dec. 20, 1932.

SAMFORD, J.
Affirmed.

Dock HYDER v. CITY OF HUNTSVILLE.
8 Div. 365.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

A. E. INGRAM v. STATE.
8 Div. 746.

Court of Appeals of Alabama.
Jan. 31, 1933.

SAMFORD, J.
Appeal dismissed.

INTERNATIONAL AGRICULTURAL CORP.
v. W. C. HARDEMAN.
8 Div. 647.

Court of Appeals of Alabama.
May 23, 1933.

Bradshaw & Barnett, of Florence, for appellant.
Simpson & Simpson, of Florence, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.

Tom JACKS v. STATE.
8 Div. 726.

Court of Appeals of Alabama.
Feb. 21, 1933.

BRICKEN, Presiding Judge.
Affirmed.

Allie JACKSON v. STATE.
8 Div. 568.

Court of Appeals of Alabama.
May 24, 1932.

BRICKEN, P. J.
Appeal dismissed.
See, also, 24 Ala. App. 601, 139 So. 576.